UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

IN RE:

LAVATEC, INC.,                                CHAPTER 11

    Debtor.                                CASE NO.  09-32004 LMW

## EX PARTE APPLICATION OF CREDITORS COMMITTEE TO EMPLOY ATTORNEY *NUNC PRO TUNC* UNDER GENERAL RETAINER

The Application of The Official Committee of Unsecured Creditors of Lavatec, Inc., through its Chair Person respectfully represents as follows:

1. This case was commenced by the filing of a voluntary petition by the Debtor in Possession under Chapter 11, Title 11, United States Code, (the "Bankruptcy Code"), on July 24, 2009. The Official Committee of Unsecured Creditors of Lavatec, Inc. (the "Committee") was duly appointed herein pursuant to §1102 of the Bankruptcy Code on August 18, 2009.

2. The Committee wishes to employ pursuant to §1103(a) of the Bankruptcy Code the firm of Coan, Lewendon, Gulliver & Miltenberger, LLC, to represent it throughout these proceedings.

3. The Committee has selected Coan, Lewendon, Gulliver & Miltenberger, LLC, for the reason that it has had considerable experience in matters of this character and the Committee believes that said firm is well qualified to represent the Committee in this proceeding.

4. The professional services Coan, Lewendon, Gulliver & Miltenberger, LLC, is to render include advising and assisting the Committee in furtherance of its duties as set forth in §1103 of the Bankruptcy Code and other actions of the Committee as may be authorized by the

Court. Such duties shall include the following:

a. Assist the Committee's investigation of the acts, conduct, assets, liabilities and financial condition of the Debtor and other parties involved with the Debtor, and of the operation of the Debtor's business;

b. Represent the Committee at all hearings and other proceedings;

c. Review, analyze, and advise the Committee with respect to all applications, orders, statements of operations and schedules filed with the Court;

d. Prepare such pleadings, applications, or objections as may be necessary in furtherance of the Committee's interests and objections; and

e. Perform such other services as may be required and are deemed to be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

5. It is necessary for the Committee to employ an attorney for such professional services.

6. To the best of the undersigned's knowledge, Coan, Lewendon, Gulliver & Miltenberger, LLC, has no connection with the creditors or any other party in interest. An affidavit of Attorney Carl T. Gulliver, attached and incorporated by this reference, states that said firm has conducted a search of its clients and records and has determined no conflicts exist. Therefore it appears to the undersigned that Coan, Lewendon, Gulliver & Miltenberger, LLC, represents no interest adverse to the Debtor in Possession or the estate in the matter upon which it is to be engaged and its employment would be in the best interest of the estate.

7. The Committee desires to employ Coan, Lewendon, Gulliver & Miltenberger, LLC, under a general retainer because of the extensive legal services required. Hourly billing rates for said firm's attorneys range from $300 to $350 at the time of this application; however by agreement with the Committee, for the purposes of this proceeding counsel has agreed to limit billing for attorney time to $285 per hour.

8. The Committee requests that the employment of CLGM be approved *nunc pro tunc* August 21, 2009, in that upon said date the Committee selected said counsel which, upon the Committee's request, immediately commenced representation herein including preparation for and appearance at the Meeting of Creditors on August 24, 2009, and review and analysis of pending emergency cash collateral and borrowing motions. Furthermore this application was delayed due to vacation schedules which made it impossible to properly complete a conflict check, and other matters relating to the application and affidavit, and a negotiation of a carve out agreement with the secured bank herein. Consequently, the Committee requests the application for the firm's retention be entered as of August 21, 2009.

WHEREFORE, the Official Committee of Unsecured Creditors prays that it be authorized to employ and appoint the said Coan, Lewendon, Gulliver & Miltenberger, LLC, under a general retainer to represent the Committee in these proceedings under Chapter 11 of the Bankruptcy Code, *nunc pro tunc* August 21, 2009, and that it have such other and further relief as is just.

Dated at Berlin, Connecticut, this 2nd day of September 2009.

          OFFICIAL COMMITTEE OF
          UNSECURED CREDITORS
          OF LAVATEC, INC.

          By: /s/ Honor S. Heath
          Honor S. Heath, Committee Chairperson
          The Connecticut Light & Power Company
          107 Seldon Street
          Berlin, CT 06037
          Tel: 860.665.4865
          Fax: 860.665.5504